# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable **Judge Jack B. Schmetterer**  Hearing Date **20 NOV 2019**

**Bankruptcy Case No.** 19-27661    Adversary No. _____

**Title of Case** In re: _____

**Brief Statement of Motion** Motion for Relief from the Automatic Stay by agreement (#14)

**Names and Addresses of moving counsel** _____

**Representing** _____

---

## ORDER STAY TO REMAIN IN EFFECT BY AGREEMENT

By agreement, the stay is ordered to remain in effect, until, ~~Dec 17, 2019~~ 10:30

ENTER: /s/ Jack B. Schmetterer
JACK B. SCHMETTERER, USBJ