# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Judge Jack B. Schmetterer

**Hearing Date** 05 DEC 2019

**Bankruptcy Case No.** 19-27661

**Adversary No.**

**Title of Case** In re: Diane Davis

**Brief Statement of Motion** Motion for Relief from the Automatic Stay by agreement (Dkt 14)

**Names and Addresses of moving counsel**

**Representing**

## ORDER STAY TO REMAIN IN EFFECT BY AGREEMENT

By agreement, the stay is ordered to remain in **effect, until,** 12/19/19 · 10³⁰ AM

ENTER:

JACK B. SCHMETTERER, USBJ